## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | 5:06-CR-11 |
| | § | |
| **LADERRICK JOHNSON** | § | |

### MEMORANDUM ORDER

    The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  Both parties waived their right to file objections to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

    **ORDERED** that Defendant's plea of true to the third and fourth allegations as set forth in the Government's petition is **ACCEPTED**.  Further, it is

    **ORDERED** that Defendant's supervised release is **REVOKED**.  Based upon the Defendant's plea of true to the allegations, the Court finds that Defendant did violate his conditions of supervised release as alleged in the U.S. Probation Office's violation petition.  Further, it is

    **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months with a term of supervised release of two years to follow such term of imprisonment.  It is further

    **ORDERED** that Within 72 hours of release from the custody of the Bureau of Prisons,

Defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, Defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance, and shall refrain from any unlawful use of a controlled substance. The defendant shall be required to submit to a drug test within 15 days of release on supervised release, and at least two periodic drug tests thereafter, as directed by the probation officer. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall comply with the standard conditions that have been adopted by the Court, and shall comply with the following additional conditions: (1) the defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer; and (2) the defendant shall not come within 100 feet of LaQuashia Crabtree, her residence or her place of employment.

**SIGNED this 4th day of October, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE